IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN BLAIR DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINDA LUDGATE, Judge, KEVIN BEALS, | : | |
| Public Defender, KEVIN, District | : | |
| Attorney, READING POLICE | : | |
| DEPARTMENT, Unknown and | : | |
| READING STATE POLICE, Unknown | : | NO. 19-800 |

## ORDER

**NOW**, this 28th day of March, 2019, upon consideration of the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Document No. 1), the Complaint, and the Motion for Appointment of Counsel (Document No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint and Plaintiff's Amended Documents are deemed filed.

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED** as frivolous for failure to state a claim.

4. The claims against Judge Linda Ludgate, Kevin Beals, and District Attorney Kevin are **DISMISSED WITH PREJUDICE**.

5. The remaining claims are **DISMISSED WITHOUT PREJUDICE**.

6. The plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order, provided he can state plausible, timely claims for relief against a proper defendant.

7. If plaintiff files an amended complaint, it must describe in detail the basis for each of his claims against each defendant. If the plaintiff does not know the identity of any of the individuals responsible, he may refer to them as Jane or John Does. In that

case, he must still describe how these individuals violated his rights.[1]

8. If plaintiff files an amended complaint, the Clerk shall not make service of the amended complaint until so ordered.

9. The Clerk of Court is **DIRECTED** to send the plaintiff this Court's form complaint to be used by a *pro se* individual filing a civil action.

10. The Motion for Appointment of Counsel is **DENIED WITHOUT PREJUDICE**.

11. If the plaintiff does not file an amended complaint, the case will be dismissed without prejudice.

/s/TIMOTHY J. SAVAGE

---

[1] Without the name of at least one individual or entity, the amended complaint cannot be served upon that defendant.